In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-07-637 CV


 ______________________


 

ROY E. ADDICKS, JR., Appellant



V.



DOUGLAS DRETKE, ET AL, Appellees






On Appeal from the 136th District Court 


Jefferson County, Texas


Trial Cause No. D-177289






MEMORANDUM OPINION


 On January 10, 2008, we notified the parties that the notice of appeal did not appear
to have been timely filed. The appellant filed a reply to our correspondence. The trial court
signed the judgment on April 30, 2007. The appellant believes he timely filed a request for
findings of fact and conclusions of law. Appellant mailed a notice of appeal on December
11, 2007, more than ninety days from the date of judgment and outside the time for which
we may grant an extension of time to perfect appeal. See Tex. R. App. P. 26.3. This Court
lacks jurisdiction over this appeal. 

 Accordingly, we dismiss the appeal for lack of jurisdiction.

 APPEAL DISMISSED.

 ____________________________

 DAVID GAULTNEY

 Justice

 

Opinion Delivered February 14, 2008

Before McKeithen, C.J., Gaultney and Kreger, JJ.